1  HEATHER E. WILLIAMS, #122664
   Federal Defender
2  LINDA ALLISON, #179741
   Chief Assistant for the Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, CA  95814
4  Tel: 916-498-5700   Fax: 916-498-5710
   Linda_allison@fd.org
5
   Attorneys for Defendant
6  DAVID H. JONES

7

8
                    IN THE UNITED STATES DISTRICT COURT
9
                  FOR THE EASTERN DISTRICT OF CALIFORNIA
10

11
   UNITED STATES OF AMERICA,          )  Case No. 2:17-cr-091-AC
12                                     )
        Plaintiff,                     )  STIPULATION AND [PROPOSED] ORDER
13                                     )  TO CONTINUE STATUS CONFERENCE
                 v.                    )
14                                     )
   DAVID H. JONES,                     )
15                                     )  Date:  September 22, 2017
        Defendant.                     )  Time:  2:00 p.m.
16                                     )  Judge: Hon. Allison Claire
   _____)
17

18        IT IS HEREBY STIPULATED between the parties through their respective counsel,

19 Special Assistant United States Attorney ROBERT ARTUZ, Chief Assistant Federal Defender

20 LINDA C. ALLISON attorney for DAVID H. JONES, that the Court vacate the status

21 conference on August 21, 2017 and set a status conference for September 22, 2017 at 2:00 p.m.

22        The parties also agree that the ends of justice served by granting defendant's request for a

23 continuance outweighs the best interest of the public and the defendant in a speedy trial, counsel

24 needs additional time to review and discuss the discovery with her client, to conduct a further

25 investigation and discuss plea negotiations with the government.

26 ////

27 ////

28 ////

                                        -1-

The parties stipulate that for the purpose of computing time under the Speedy Trial Act, the Court should exclude time from the date of this order through September 22, 2017, for defense preparation and investigation. 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) [Local Code T4].

DATED: August 18, 2017                              Respectfully submitted,

                                                    HEATHER WILLIAMS
                                                    Federal Defender

                                                    /s/ Linda Allison
                                                    LINDA ALLISON
                                                    Chief Assistant to the Federal Defender
                                                    Attorneys for Defendant
                                                    DAVID H. JONES


Dated: August 18, 2017                              PHILLIP A. TALBERT
                                                    United States Attorney

                                                    /s/ Linda C. Allison for
                                                    ROBERT ARTUZ
                                                    Special Assistant United States Attorney

## ORDER

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order. The Court specifically finds that the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice to be served by granting the requested continuance outweigh the best interests of the public and defendants in a speedy trial.

The Court orders that the time from the date of the parties stipulation, August 18, 2017, up to and including September 22, 2017, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. §3161 (h)(7)(A) and (B)(iv) T4 [reasonable time for counsel to prepare] (Local Code T4). It is further ordered that the August 21, 2017 status conference hearing shall be continued until September 22, 2017 at 2:00 p.m.

Dated: August 21, 2017

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE